UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

**Sarah's Hat Boxes, LLC**

     v.

                                    Civil No. 12-cv-399-PB

**Patch Me Up, et al**


**ORDER STRIKING DOCUMENT IN ACCORDANCE WITH LOCAL RULE 5.2**

DOCUMENT/FILER:     #25, Reply to Objection to Motion, filed by Plaintiffs

DATE FILED:         July 11, 2013

    The document above fails to comply with:

    LR 7.1(e)(2)  Nondispositive motion: reply memorandum is not permitted without prior leave of court.


    It is herewith ordered that the document is stricken, and must be refiled.


    SO ORDERED.

                                                  /s/ Paul Barbadoro
                                                  Paul Barbadoro
                                                  United States District Judge


Date: July 13, 2013

cc:  Joshua M. Wyatt, Esq.
     Paul D. Marotta, Esq.
     Daniel A. Laufer, Esq.