```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

**Sarah's Hat Boxes, LLC**
       v.
                                     Civil No. 12-cv-399-PB
**Patch Me Up, et al**


**ORDER STRIKING DOCUMENT IN ACCORDANCE WITH LOCAL RULE 5.2**


DOCUMENT/FILER:   #26, Surreply to Reply to Objection to Motion,
                  filed by Defendants

DATE FILED:       July 12, 2013

    The document above fails to comply with:

    LR 7.1(e)(3)   Motion: Surreply memorandum is not permitted
                           without prior leave of court.


    It is herewith ordered that the document is stricken, and must be refiled.


    SO ORDERED.

                                                   /s/ Paul Barbadoro
                                                   Paul Barbadoro
                                                   United States District Judge


Date: July 15, 2013

cc:   Joshua M. Wyatt, Esq.
      Paul D. Marotta, Esq.
      Daniel A. Laufer, Esq.